**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Phillip Smith**

**CASE NO.: TO BE ASSIGNED**

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION**

April 21, 2009                              2:09CR0189-KJD-PAL

TO: UNITED STATES DISTRICT JUDGE

On December 5, 2007, Mr. Smith was sentenced in the Western District of Texas to eighteen (18) months custody and thirty-six(36) months supervised release for his conviction of Conspiracy to Commit Fraud and Related Activity in Connection with one or more means of I.D. On June 3, 2008, Mr. Smith commenced his term of supervised release in the District of Nevada.

Mr. Smith intends to continue to reside in our District. In anticipation of possible future court action, the District of Nevada requested that jurisdiction be transferred. Please be advised that the Western District of Texas concurs with this request, as noted by the signed Probation Form 22's. We respectfully request that jurisdiction of this case be accepted. The Probation Form 22's are attached for Your Honor's signature.

Sincerely,

REBECCA L. CAPSTICK
U.S. Probation Officer

APPROVED: _____
ROBERT G. AQUINO, Supervising
U.S. Probation Officer

| PROB 22 (Rev. 9/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | EP-07-CR-2317PRM(2) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Philip Smith<br>District of Nevada | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | PHILIP R. MARTINEZ | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/04/2008 — TO 06/03/2011 |

**OFFENSE**

Conspiracy to Commit Fraud and Releated Actiity in Connection with One of More Means of Identification; 18 U.S.C. §§ 1028(f), (a)(7) and (b)(1)(D)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/18/2009_
Date

_[signature]_
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEVADA</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
U.S. District Judge